IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALAKO S. ERWOOD, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:15-CV-207-WKW |
| ASPIRE STAFFING, LLC, and MARK FREE, | ) |
| Defendants. | ) |

## **ORDER**

On June 26, 2015, the Magistrate Judge filed a Recommendation (Doc. # 20), to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, that Defendant Mark Free's Motion to Dismiss (Doc. # 8) is GRANTED, and that Plaintiff Shalako S. Erwood's Title VII claims against Mr. Free are DISMISSED with prejudice.

It is further ORDERED that Mr. Erwood's Title VII claims against Defendant Aspire Staffing, LLC, are referred back to the Magistrate Judge for further proceedings in accordance with 28 U.S.C. § 636.

DONE this 13th day of July, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE